IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 1 9 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ALPHA MAR – IMW CO., | § | |
|     Plaintiff | § | |
| v. | § | C.A. No. H-05-1406 |
| | § | Admiralty |
| M/V GLOBAL PATRIOT, her engines, | § | |
| freights, tackle, apparel, etc., *in rem*, and | § | |
| RED STONE SHIPPING and | § | |
| GLOBAL CONTAINER LINES LIMITED, | § | |
| *in personam*, | § | |
|     Defendants | § | |

## JOINT STIPULATION FOR DISMISSAL AND FINAL JUDGMENT

Plaintiff Alpha Mar – IMW Co. and Defendants M/V GLOBAL PATRIOT, Global Container Lines Limited and Redstone Shipping Corp. advise the Court that this matter has been settled and compromised. Pursuant to FED. R. CIV. P. 41, the parties request dismissal of all claims against the Defendants with prejudice, dismissal of all counterclaims made by Defendants against Plaintiff with prejudice and entry of final judgment with each party to bear its own costs.

GEORGANTAS & WALTERS L.L.P.

_____
Dimitri P. Georgantas
Attorney-In-Charge
Texas State Bar No. 07805100
Federal I.D. No. 2805
Seth A. Nichamoff
Texas State Bar No. 24027568
Federal I.D. No. 27002
815 Walker Street, Suite 953
Houston, Texas 77002
(713) 546-9800 Telephone
(713) 546-9806 Facsimile
**ATTORNEYS FOR PLAINTIFF
ALPHA MAR-IMW CO.**

LEGGE, FARROW, KIMMITT, MCGRATH & BROWN, L.L.P.

_____
Steven E. Goodson
SBN: 08169750
FID: 9485
6363 Woodway, Suite 400
Houston, Texas 77057
TEL: 713-917-0888
FAX: 713-953-9470
**ATTORNEY-IN-CHARGE FOR
DEFENDANT/COUNTER-PLAINTIFF
GLOBAL CONTAINER LINES LIMITED**

OF COUNSEL:
LEGGE, FARROW, KIMMITT, MCGRATH & BROWN, L.L.P.
Chris J. McGrath
SBN: 13651725
FID: 10625

**CERTIFICATE OF SERVICE**

2

Respectfully submitted,

**GEORGANTAS & WALTERS L.L.P.**

_____

Dimitri P. Georgantas
Attorney-In-Charge
Texas State Bar No. 07805100
Federal I.D. No. 2805
Seth A. Nichamoff
Texas State Bar No. 24027568
Federal I.D. No. 27002
815 Walker Street, Suite 953
Houston, Texas 77002
(713) 546-9800 Telephone
(713) 546-9806 Facsimile
**ATTORNEYS FOR PLAINTIFF
ALPHA MAR-IMW CO.**

LEGGE, FARROW, KIMMITT, MCGRATH & BROWN, L.L.P.

Steven E. Goodson
SBN:   08169750
FID:   9485
6363 Woodway, Suite 400
Houston, Texas 77057
TEL:  713-917-0888
FAX: 713-953-9470
**ATTORNEY-IN-CHARGE FOR
DEFENDANT/COUNTER-PLAINTIFF
GLOBAL CONTAINER LINES LIMITED**

OF COUNSEL:
LEGGE, FARROW, KIMMITT, MCGRATH & BROWN, L.L.P.
Chris J. McGrath
SBN:  13651725
FID:   10625

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served via certified mail on this 17th day of August, 2005 on counsel listed below.

>Dimitri P. Georgantas
>Georgantas & Walters L.L.P.
>815 Walker Street, Suite 953
>Houston, Texas 77002

_____
Steven E. Goodson

3