IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALPHA MAR – IMW CO., | § | |
|     Plaintiff | § | |
| v. | § | C.A. No. H-05-1406 |
| | § | Admiralty |
| M/V GLOBAL PATRIOT, her engines, | § | |
| freights, tackle, apparel, etc., *in rem*, and | § | |
| RED STONE SHIPPING and | § | |
| GLOBAL CONTAINER LINES LIMITED, | § | |
| *in personam*, | § | |
|     Defendants | § | |

## ORDER AND FINAL JUDGMENT

On this day the Court considered the Rule 41 Joint Stipulation of Dismissal submitted by the parties and is of the opinion that it has merit. It is therefore ORDERED that all claims against the Defendants in this case are hereby **Dismissed With Prejudice**. It is further ORDERED that all counterclaims filed by Defendants are hereby **Dismissed With Prejudice**. Each party is to bear its own costs. THIS IS A FINAL JUDGMENT.

Signed this 31st day of August 2005.

_____
Melinda Harmon
United States District Judge